UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KENNETH RAY MORPHIS, JR.                                                    PLAINTIFF

v.                              Civil No. 2:14-CV-02027-MEF

SHERIFF STEVEN SMITH and JAIL                                              DEFENDANTS
ADMINISTRATOR DAVID SPICER

# JUDGMENT

For the reasons stated in the Memorandum Opinion of this date, Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED this 24th day of March, 2017.**

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE